UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: | Case No. 21-12172-MLB

PSP LOGISTICS, INC.

Debtor.

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Geoffrey Groshong, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on January 14, 2022, the court ordered compensation of $5,010.00 be awarded to the trustee. These funds were paid by the debtor to the trustee's trust account on or about January 10, 2022, pending entry of an order approving the trustee's fee application. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: January 17, 2022    By: /s/ Geoffrey Groshong
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR B**